# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HARRY BUMGARDNER,**

      **Plaintiff,**

**v.**                                                           **Case No: 6:12-cv-18-Orl-31TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause comes before the Court on the Complaint (Doc. No. 1) filed by Plaintiff on January 5, 2012, appealing the final decision of the Commissioner of Social Security (the Commissioner) denying his claim for benefits.

On January 30, 2013, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the decision of the Commissioner be reversed and the case be remanded for further proceedings. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The decision of the Commissioner is **REVERSED** and the case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) is thirty (30) days after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded.

4. Upon receipt of such notice, Plaintiff shall promptly email Mr. Rudy and the OGC attorney who prepared the Government's brief to advise that the notice has been received.

5. The Clerk of Court is directed to enter judgment in accordance with this order and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 19, 2013.

        **GREGORY A. PRESNELL**
        **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party