# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HARRY BUMGARDNER,**

    **Plaintiff,**

**v.**                                                                  **Case No:   6:12-cv-18-Orl-31TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This cause comes before the Court on Amended Petition for Attorney's Fees under the Equal Access to Justic Act (Doc. No. 26) filed May 29, 2014.

On October 2, 2014, the United States Magistrate Judge issued a report (Doc. No. 32) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Amended Petition for Attorney's Fees under the Equal Access to Justice Act is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff is awarded $386.92 in attorney fees for the work performed by Stacey B. Deveaux; $1,890 for the work performed by Daniel S. Jones; and $423.77 for the work on Plaintiff's reply, for a total of $2,700.69.

4. Plaintiff is awarded $350 in costs to be paid through the United States General

        Accounting Office.

5. The Commissioner shall determine whether Plaintiff owes a debt to the government. If Plaintiff does not owe any such debt, the Commissioner will accept Plaintiff's Assignment of EAJA fees and will pay the fees directly to Plaintiff's counsel.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 21, 2014.

                                        **GREGORY A. PRESNELL**
                                        **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party